No. 94–9831. WALLACE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9832. WHITMORE *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 94–9833. VAN WAGNER *v.* PENDELL ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–9834. LARSON *v.* DISTRICT COURT OF NORTH DAKOTA, GRAND FORKS COUNTY, ET AL. Sup. Ct. N. D. Certiorari denied.

No. 94–9835. DAUGHTREY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–9836. MCCRACKEN *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 94–9837. TORRES-MORALES, AKA ALCAREZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–9838. TAPIA-TORRES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9839. WALKER *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 94–9840. NANCE *v.* NORTH CAROLINA. Super. Ct. N. C., Rowan County. Certiorari denied.

No. 94–9841. BLACK *v.* GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–9842. BARAJAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9843. TANNEHILL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–9844. MARSHALL *v.* HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.